## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

--------------------------------------------------------------x

JASON KESSLER,                          :

                   Plaintiff,    :

-against-                               :

GAVIN MCINNES AND DAVID J.              :
REILLY,                                 :

                Defendants.    :

--------------------------------------------------------------x

Civil Action No. __3:26-cv-00317__

**DEFENDANT'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE THAT Defendant Gavin McInnes hereby removes to this Court the lawsuit entitled *Jason Kessler v. Gavin McInnes*, pending in the Circuit Court of Cabell County, Case No. CC-06-2026-C-168. (the "State Court Action"). The basis for removal is diversity jurisdiction under 28 U.S.C. §§ 1332 and 1441.

## BACKGROUND

1. On April 27, 2026, Plaintiff Jason Kessler filed a complaint against Defendants Gavin McInnes and David Reilly ("Defendants") in the Circuit Court of Cabell County, West Virginia, Case No. CC-06-2026-C-168. A copy of the docket sheet in that matter is attached as **Exhibit 1**.

2. The sole defendants in the state court action are these two Defendants.

## DIVERSITY OF PARTIES

3. According to the Complaint in the State Court Action, Plaintiff Jason Kessler is a "resid[es] in Cabell County, West Virginia." (**Exhibit 2**, ¶ 1). **Citizenship: West Virginia.**

4. According to the Complaint, Defendant Gavin McInnes "resid[es] in Larchmont, New York." (**Exhibit 2**, ¶ 2). **Citizenship: New York.**

1

5.      According to the Complaint, Defendant David Reilly "resid[es] in Post Falls, Kootenai County, Idaho." (**Exhibit 2, ¶ 3**). **Citizenship: Idaho.**

## AMOUNT IN CONTROVERSY

6.      While the complaint does not allege specific damages, Plaintiff confirmed that he seeks more than $75,000.00 in damages.

7.      In discussion with Plaintiff Jason Kessler, proceeding pro se, he confirmed that he is unwilling to settle the case for less than $75,000.00 and anything less "would be an insult."

8.      This conversation was on 28 April 2026 at approximately 11:12 AM Eastern Time.

## STATUTORY REQUIREMENTS

### Removal Is Proper Pursuant to 27 U.S.C. § 1441

9.      This Court has diversity jurisdiction over this action.

10.     Plaintiff filed this action against Defendants Gavin McInnes and David Reilly.

11.     The citizenship of the parties is as follows:

    a.      Plaintiff Jason Kessler: West Virginia

    b.      Defendant Gavin McInnes: New York

    c.      Defendant David Reilly: Idaho

12.     The amount in controversy in this case exceeds $75,000. In discussions with Plaintiff, he has confirmed that he is unwilling to settle the case for anything less than $75,000.

## PROCEDURAL REQUIREMENTS

13.     This removal is timely as the State Court Action was served on April 27, 2026. Removal is effected less than 30 days therefrom.

14.     A copy of the state court docket sheet and all filings to date, to the best of Defendant's knowledge, is attached as **Exhibit 1.**

2

15.     The Complaint, attached as **Exhibit 2**, is the only operative pleading that asserts a claim for relief.

16.     No answers to any pleadings have been filed.

17.     The district civil cover sheet is attached as **Exhibit 3.**

18.     Defendant David Reilly, pursuant to 28 U.S.C. §1446(b)(2)(A), consents to removal. **Exhibit 4**.

19.     Per 28 U.S.C. §1446(a), this Notice of Removal is signed subject to Rule 11.

20.     Per 28 U.S.C. §1446(a), Defendant files this notice of removal in the U.S. District Court for the Southern District of West Virginia, which is the federal court embracing the Circuit Court of Cabell County, where Plaintiff brought the State Court Action.

21.     This removal is less than 30 days from the date Defendant was served, and therefore, removal is timely pursuant to 28 U.S.C. § 1446(b)(2)(3).

22.     Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly serve on Plaintiff and file with the state court a Notice to Plaintiff to Removal to Federal Court, informing Plaintiff that this matter has been removed to federal court.

## <u>JURY DEMAND</u>

23.     Plaintiff made a jury demand in the State Court Action.

Dated: May 6, 2026.                                             Respectfully Submitted,

/s/ Daniel P. Taylor
Daniel P. Taylor (Bar No. 5821)                     Marc Randazza (*Pro Hac Vice* forthcoming)
TAYLOR & MAKRICOSTAS, PLLC                  RANDAZZA LEGAL GROUP, PLLC
320 Penco Road                                              30 Western Avenue
Weirton, WV 26062                                         Gloucester, MA 01930
Tel:    304-723-9670                                         Tel:    978-801-1776
Fax:    304-723-9674                                         Email: ecf@randazza.com
Email: dtaylor@taymaklaw.com

                                                                        *Attorneys for Defendant Gavin McInnes*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served on all appearing parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

*/s/ Daniel P. Taylor*
Daniel P. Taylor

4