# **Exhibit 1**

State Docket Sheet

## Case Docket Entries

CC-06-2026-C-168

| | |
|---|---|
| Court: **Circuit** | County: **06 - Cabell** |
| Judge: **Gregory L. Howard** | Case Type: **Civil** |

Created Date: **4/27/2026**
Case Sub-Type: **Other**

Security Level: **Public**
Status: **Open**

Related Cases:

Style: **Jason Kessler v. Gavin McInnes**

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 4/27/2026 9:50:58 AM | E-Docketed | | Complaint |
| | 1-1 4/27/2026 | Civil Case Information Statement | | |
| | 1-2 4/27/2026 | Supporting Document - CIS | | |
| | 1-3 4/27/2026 | Complaint - Complaint for Defamation and False Light Invasion of Privacy | | |
| | 1-4 4/27/2026 | Supporting Document - Exhibits to Complaint | | |
| | 1-5 4/27/2026 | Transmittal | | |
| | 1-6 4/27/2026 | Summons | | |
| 2 | 4/27/2026 9:50:58 AM | Judge Assigned | J-06008 | Gregory L. Howard |
| 3 | 4/27/2026 9:50:58 AM | Party Added | P-001 | Jason Kessler |
| 4 | 4/27/2026 9:50:58 AM | Party Added | D-001 | Gavin McInnes |
| 5 | 4/27/2026 9:50:58 AM | Party Added | D-002 | Dave Reilly |
| 6 | 4/27/2026 9:50:58 AM | Service Requested | D-001 | Filer - Private Process Server |
| 7 | 4/27/2026 9:50:58 AM | Service Requested | D-002 | Filer - Private Process Server |
| 8 | 4/28/2026 10:16:21 AM | E-Filed | | Order - Case - PRELIMINARY CASE MANAGEMENT ORDER |
| | 8-1 4/28/2026 | Order - PRELIMINARY CASE MANAGEMENT ORDER | | |
| | 8-2 4/28/2026 | Transmittal | | |
| 9 | 4/30/2026 3:21:53 PM | E-Docketed | | Service Return - ROS SRVD Gavin McInnes 4/28/26 |
| | 9-1 4/30/2026 | Service Return - ROS SRVD Gavin McInnes 4/28/26 | | |
| 10 | 5/1/2026 9:07:44 AM | E-Docketed | | Service Return - ROS SRVD Dave Reilly 4/30/26 |
| | 10-1 5/1/2026 | Service Return - ROS SRVD Dave Reilly 4/30/26 | | |
| 11 | 5/6/2026 10:08:00 AM | E-Filed | | Notice of Appearance - Notice of Appearance of Counsel for Defendant Gavin McInnes |
| | 11-1 5/6/2026 | Notice of Appearance - Notice of Appearance with Certificate of Service | | |
| | 11-2 5/6/2026 | Transmittal | | |
| 12 | 5/6/2026 10:08:00 AM | Attorney Listed | D-001 | A-5821 - Daniel P. Taylor |