**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

------------------------------------------------------------x

JASON KESSLER,

                        Plaintiff,

          -against-

GAVIN MCINNES AND DAVID J.
REILLY,

                     Defendants.

------------------------------------------------------------x

Civil Action No. 3:26-cv-00317

**<u>DEFENDANT DAVID REILLY'S</u>**
**<u>CONSENT TO REMOVAL</u>**

TO THE CLERK OF THE ABOVE-ENTERED COURT:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446,

Defendant David Reilly hereby consents to the removal to this Court by Defendant Gavin McInnes,

the civil action entitled *Jason Kessler v. Gavin McInnes*, pending in the Circuit Court of Cabell

County, Case No. CC-06-2026-C-168.

Dated: May 5, 2026.

                                     Respectfully Submitted,

                                     David Reilly
                                     3710 N. Carolwood Ct.
                                     Post Falls, ID 83854
                                     Tel: (646) 942-3766
                                     Email: davereillymedia@gmail.com

1