UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

JASON KESSLER,                           :
                                         :
          Plaintiff,                     :    CASE No.: 2:25-cv-00994
                                         :
v.                                       :    JUDGE: Cathy Bissoon
                                         :
GAVIN McINNES                            :    DISCLOSURE STATEMENT
and DAVID J. REILLY                      :    IDENTIFYING CITIZENSHIP
                                         :
          Defendants.                    :

_____

Pursuant to FRCvP 7.1(a)(2), please take notice that the Defendant, Gavin McInnes, is an individual who resides in the State of New York, United States of America.

Respectfully submitted,

By: _____
DANIEL P. TAYLOR, ESQ. (PA#64393)
TAYLOR & MAKRICOSTAS, PLLC
320 Penco Road
PO Box 2827
Weirton, WV  26062
Telephone:  304-723-9670
Facsimile:  304-723-9674
E-mail:  dtaylor@taymaklaw.com

## PROOF OF SERVICE

I hereby certify that on the _6ᵗʰ_ day of _May_, 2026, I electronically filed the foregoing Disclosure Statement Identifying Citizenship with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Parties of record.

DANIEL P. TAYLOR, ESQ. (PA#64393)
Taylor & Makricostas, PLLC
320 Penco Road
P.O. Box 2827
Weirton, West Virginia 26062
Telephone:  304-723-9670
Facsimile:  304-723-9674
E-mail:  dtaylor@taymaklaw.com