# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JASON KESSLER
_____

_____
_____

**Plaintiff(s),**

**v.**

GAVING McINNES
and DAVID J. REILLY
_____

_____

**Defendant(s).**

CIVIL CASE NO.: 3:26-cv-00317

# O R D E R

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of _____, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _____

_____
United States District Judge