UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

JASON KESSLER,                        :
                                      :
          Plaintiff,                  :    CASE No.: 3:26-cv-00317
                                      :
v.                                    :    JUDGE: Joseph K. Reeder
                                      :
GAVIN McINNES                         :    AMENDED DISCLOSURE
and DAVID J. REILLY                   :    STATEMENT IDENTIFYING
                                      :    CITIZENSHIP
          Defendants.                 :

---

Pursuant to FRCvP 7.1(a)(2), please take notice that the Defendant, Gavin McInnes, is an individual who resides in the State of New York, United States of America.

Respectfully submitted,

By: _____
DANIEL P. TAYLOR, ESQ. (PA#64393)
TAYLOR & MAKRICOSTAS, PLLC
320 Penco Road
PO Box 2827
Weirton, WV  26062
Telephone:  304-723-9670
Facsimile:  304-723-9674
E-mail:  dtaylor@taymaklaw.com

## PROOF OF SERVICE

I hereby certify that on the 6ᵗʰ day of May, 2026, I electronically filed the foregoing Amended Disclosure Statement Identifying Citizenship with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Parties of record.

DANIEL P. TAYLOR, ESQ. (PA#64393)
Taylor & Makricostas, PLLC
320 Penco Road
P.O. Box 2827
Weirton, West Virginia 26062
Telephone:  304-723-9670
Facsimile:  304-723-9674
E-mail:  dtaylor@taymaklaw.com