IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

---

JASON KESSLER,
      Plaintiff,

v.                           Civil Action No. 3:26-cv-00317

GAVIN McINNES and
DAVID J. REILLY,
      Defendants.

---

**PLAINTIFF'S NOTICE OF ERRATA
TO PLAINTIFF'S MOTION TO REMAND
(ECF No. 9 )**

Plaintiff Jason Kessler, appearing pro se, respectfully submits this Notice of Errata to correct two errors in Plaintiff's Motion to Remand filed on [date of filing]. These corrections do not affect any legal argument, citation, or substantive ground for remand set forth in the Motion. A corrected version of the Motion is attached hereto.

**CORRECTION 1 — Introduction, Second-to-Last Sentence**

The second-to-last sentence of the Introduction incorrectly stated that the Notice of Removal misrepresents the date of service as April 27 when service was effected on April 29. This statement is incorrect. Service on Defendant McInnes was effected on April 27, 2026, and paragraph 13 of the Notice of Removal accurately states that date. The erroneous sentence has been removed. The corrected Introduction states only that the Notice of Removal contains one false statement of fact: its misrepresentation of the date of the telephone call as April 28 when it was April 29.

> **Incorrect text:** *"In addition, the Notice of Removal contains two false statements of fact certified under Rule 11: it misrepresents the date of the telephone call as April 28 when it was April 29, and it misrepresents the date of service as April 27 when service was effected on April 29."*

> **Corrected text:** *"In addition, the Notice of Removal contains a false statement of fact certified under Rule 11: it misrepresents the date of the telephone call as April 28 when it was April 29."*

## CORRECTION 2 — Section II(A) and Exhibit A: Audio Recording Reference

The Motion states in Section II(A) that "A full transcript is attached hereto as Exhibit A" and Exhibit A is headed "Transcript of Recorded Telephone Call." These references are inaccurate. Plaintiff submitted the audio recording of the April 29, 2026 telephone call on physical media (thumb drive) simultaneously with the filing of the Motion. No written transcript was attached. Section II(A) and Exhibit A have been corrected to accurately reflect that an audio recording was submitted on physical media. Plaintiff will provide a written transcript upon the Court's request or direction.

    **Incorrect text (Section II(A)):** *"A full transcript is attached hereto as Exhibit A."*

    **Corrected text (Section II(A)):** *"The audio recording has been submitted to the Court on physical media simultaneously with this Motion. Plaintiff will provide a written transcript upon the Court's request."*

    **Incorrect Exhibit A heading:** *"Transcript of Recorded Telephone Call"*

    **Corrected Exhibit A heading:** *"Audio Recording and Key Excerpts"*

Neither correction affects any legal argument, citation, or ground for relief set forth in the Motion. The corrected Motion is attached hereto as Exhibit 1.

Respectfully submitted,

s/ Jason Kessler
_____
Jason Kessler
Pro Se Plaintiff
1356 5th Ave
Apt 13
Huntington, WV 25701
571-460-0412
jasonerickessler@gmail.com
Date: 5/8/26

_____

## CERTIFICATE OF SERVICE

I, Jason Kessler, hereby certify that on the date indicated below, I served a true and correct copy of the foregoing Notice of Errata and corrected Motion upon the following:

Marc J. Randazza, Esq. / Randazza Legal Group, PLLC
ecf@randazza.com (served by electronic mail)

Daniel P. Taylor, Esq. / Taylor & Makricostas, PLLC
320 Penco Road, P.O. Box 2827, Weirton, WV 26062
dtaylor@taymaklaw.com (served by electronic mail)

David J. Reilly
3710 N Carolwood Ct, Post Falls, ID 83854
(served by U.S. mail)

s/ Jason Kessler
Jason Kessler, Pro Se Plaintiff
Date: 5/8/26