Rev. 05/2024

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

JASON KESSLER



*Plaintiff(s)*

v.

GAVIN McINNES and DAVID J. REILLY

**Civil Action No.** 3:26-cv-00317

*Defendant(s)/*
*Third-Party Plaintiff(s)*

v.

*Third-Party Defendant(s)*

## DISCLOSURE STATEMENT

Pursuant to F R Civ P 7.1 or F R Crim P 12.4,  <u>Jason Kessler, Plaintiff</u>

<em>(name of party/intervenor)</em>

who is  <u>Plaintiff</u>  makes the following disclosure:

<em>(type of party (plaintiff/defendant/other)</em>

1.  Is the party/intervenor a publicly held corporation or other publicly held entity?

☐ Yes     ☒ No

2.  Does the party/intervenor have any parent corporations?

☐ Yes     ☒ No

If yes, identify all parent corporations:

Page 1 of 2

3.  Is 10% or more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    ☐ Yes    ☒ No

    If yes, identify all such owners:

4.  In a case based on diversity jurisdiction under 28 U.S.C. § 1332(a), the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor making this disclosure:

| Jason Kessler (individual) | West Virginia |
| --- | --- |
| *(individual or entity)* | *(state of citizenship)* |
| Super Precision Movers LLC | West Virginia (via sole member) |
| *(individual or entity)* | *(state of citizenship)* |
| Dissident Press LLC | West Virginia (via sole member) |
| *(individual or entity)* | *(state of citizenship)* |
| | |
| *(individual or entity)* | *(state of citizenship)* |

If there are additional individuals or entities, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under F R Civ P 7.1 or F R Crim P 12.4, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date:    May 7, 2026                    s/s/ Jason Kessler
                                        *Signature of Counsel for Party*

                        Name:  Jason Kessler, Pro Se Plaintiff

                 State Bar No.:  Pro Se (No Bar Number)

                      Office:  N/A

             Mailing Address:  1356 5th Ave Apt 13

           State/City/Zip Code:  Huntington, WV 25701

                   Telephone:  571-460-0412

                      Email:  jasonerickessler@gmail.com

Page 2 of 2