**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

**JASON KESSLER,**

**Plaintiff,**

**v.**                                                         **Case No. 3:26-cv-00317**

**GAVIN MCINNES and
DAVID J. REILLY,**

**Defendants.**

**ORDER**

Pending before the Court are Plaintiff's Motion to Strike or Deny Statement of Visiting Attorney, Motion for Permission to File Electronically, and Emergency Motion for Order Requiring Proper Service on Plaintiff. (ECF Nos. 10, 11, 14).

On May 6, 2026, Defendant Gavin McInnes, through local counsel Daniel P. Taylor, filed a Statement of Visiting Attorney on behalf of Marc J. Randazza. (ECF No. 5). A proposed order concerning the Statement of Visiting Attorney was filed the same day. (ECF No. 7). On May 8, 2026, Plaintiff filed a Motion to Strike or Deny Statement of Visiting Attorney, (ECF No. 10), a Motion for Permission to File Electronically, (ECF No. 11), and an Emergency Motion for Order Requiring Proper Service on Plaintiff. (ECF No. 14).

The Court finds that briefing concerning Plaintiff's Motion to Strike or Deny Statement of Visiting Attorney is appropriate before the Court rules on the proposed order concerning the Statement of Visiting Attorney. Accordingly, Defendants shall file a

response to Plaintiff's Motion to Strike or Deny Statement of Visiting Attorney, (ECF No. 10), on or before **May 22, 2026**. The Court defers ruling on the proposed order at ECF No. 7 pending further briefing.

With respect to Plaintiff's Motion for Permission to File Electronically, (ECF No. 11), the Court finds that Plaintiff has not demonstrated good cause for permission to file electronically at this time. Further, concerning Plaintiff's Emergency Motion for Order Requiring Proper Service on Plaintiff, (ECF No. 14), the Court notes that the Notices of Electronic Filing associated with the filings in this matter reflect that Plaintiff is receiving notice "by other means." The Court is therefore satisfied that emergency relief is not warranted at this time. Accordingly, Plaintiff's Motion for Permission to File Electronically and Emergency Motion for Order Requiring Proper Service on Plaintiff, (ECF Nos. 11, 14), are **DENIED WITHOUT PREJUDICE**.

The Court further observes that Plaintiff filed a Motion to Remand on May 7, 2026. (ECF No. 9). Plaintiff thereafter filed an Amended Motion to Remand on May 8, 2026. (ECF No. 12). The Court construes the Amended Motion to Remand, (ECF No. 12), as superseding the original Motion to Remand, (ECF No. 9). The Amended Motion to Remand is not yet ripe for adjudication and will be addressed after briefing is complete.

The Clerk is directed to transmit copies of this Order to all counsel of record and to any unrepresented party.

**ENTERED:** May 8, 2026.

Joseph K. Reeder
United States Magistrate Judge