UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

JASON KESSLER,                          :
                                        :
            Plaintiff,                   :      CASE No.: 3:26-cv-00317
                                        :
v.                                      :      JUDGE: Robert C. Chambers
                                        :
GAVIN McINNES                           :      NOTICE TO THE COURT
and DAVID J. REILLY                     :      OF SERVICE UPON PLAINTIFF
                                        :
            Defendants.                  :

Comes now Daniel P. Taylor, Esq., of Taylor & Makricostas, PLLC, counsel for

Defendant, Gavin McInnes, and informs the Court that in addition to service via CM/ECF,

copies of the following filings were also had upon the Plaintiff via USPS Regular Mail on May 6,

2026, at the following address: Jason Kessler, 1365 5th Avenue, Apt. 13, Huntington, West

Virginia 25701.

    (a)     Defendant's Notice of Removal;
    (b)     Defendant Reilly's Consent to Removal;
    (c)     Statement of Visiting Attorney and Designation of Local Counsel;
    (d)     Disclosure Statement Identifying Citizenship;
    (e)     Proposed Pro Hac Vice Order; and
    (f)     Amended Disclosure Statement Identifying Citizenship.

                                Respectfully submitted,

                        By: _____
                                DANIEL P. TAYLOR, ESQ. (PA#64393)
                                TAYLOR & MAKRICOSTAS, PLLC
                                320 Penco Road
                                PO Box 2827
                                Weirton, WV  26062
                                Telephone:  304-723-9670
                                Facsimile:  304-723-9674
                                E-mail:  dtaylor@taymaklaw.com

## PROOF OF SERVICE

I hereby certify that on the _____ day of _____, 2026, I electronically filed the foregoing Notice to the Court of Service Upon Plaintiff with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Parties of record. Additionally, the foregoing Notice was also sent to Plaintiff via USPS Regular Mail at the following address: 1365 5th Avenue, Apt. 13, Huntington, West Virginia 25701.

DANIEL P. TAYLOR, ESQ. (PA#64393)
Taylor & Makricostas, PLLC
320 Penco Road
P.O. Box 2827
Weirton, West Virginia 26062
Telephone:  304-723-9670
Facsimile:  304-723-9674
E-mail:  dtaylor@taymaklaw.com