**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

FILED

MAY 11 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

JASON KESSLER,

       Plaintiff,

v.

GAVIN MCINNES and

DAVID J. REILLY,

       Defendants.

Case No. 3:26-cv-00317

**NOTICE OF FILING OF CERTIFIED TRANSCRIPT,**

**CERTIFICATE OF TRANSCRIPTION, AND ORIGINAL UNPROCESSED AUDIO**

**RECORDING**

Plaintiff Jason Kessler, appearing *pro se*, respectfully provides this Notice to the Court and to all parties.

On May 8, 2026, Plaintiff submitted on physical media (thumb drive) an audio recording of the April 29, 2026 telephone call between Plaintiff and Marc J. Randazza, Esq., in connection with Plaintiff's Motion to Remand (ECF No. 9), Amended Motion to Remand (ECF No. 12), and Motion to Strike or Deny Statement of Visiting Attorney (ECF No. 10). Plaintiff's Notice of Errata clarified that the recording, rather than a written transcript, was filed.

**Disclosure regarding the previously-filed audio file:** In the interest of full candor to the Court, Plaintiff discloses that the audio file submitted on May 8, 2026 was processed by Plaintiff through Adobe Podcast Premium, an AI-based audio processing tool designed to reduce background noise and improve speech clarity in voice recordings. Plaintiff did not perceive any audible difference between the original unprocessed recording and the processed version. The processing did not add, remove, or alter the substantive content of the recorded conversation.

Plaintiff did not edit, redact, abridge, splice, or otherwise change the words spoken during the call.

**Filing of certified transcript and Certificate of Transcription:** Plaintiff hereby files the certified verbatim transcript of the April 29, 2026 telephone call, prepared by Vanan Online Services, Inc., a professional transcription company (ATA Member #101387; ISO 9001:2015), attached hereto as **Exhibit A**. The accompanying Certificate of Transcription, executed on May 11, 2026 by Kayla Vega, Operations Manager of Vanan Online Services, Inc., is attached hereto as **Exhibit B**. The certified transcript was prepared from the original unprocessed audio recording.

**Filing of original unprocessed audio recording:** Plaintiff also submits, on physical media (CD) attached hereto as **Exhibit C**, the original unprocessed audio recording. The original unprocessed recording is the *best evidence* of the call's contents under Federal Rule of Evidence 1002. Plaintiff respectfully requests that the Court treat the original unprocessed recording as the operative audio exhibit for any review of the recording's contents.

**Playback note:** As is normal for telephone recordings, certain portions of the recording are best heard using headphones or amplified playback. Plaintiff respectfully requests that any review of the audio recording be conducted with headphones or amplified playback.

**Lawful basis for the recording:** The audio recording was lawfully made by Plaintiff while Plaintiff was located within the State of West Virginia, pursuant to West Virginia's one-party consent recording statute, W. Va. Code § 62-1D-3(e), and the federal interception statute, 18 U.S.C. § 2511(2)(d). Plaintiff was a participant in the call and consented to the recording.

**Authentication:** Plaintiff's Declaration Authenticating Audio Recording, sworn under penalty of perjury pursuant to 28 U.S.C. § 1746, is attached hereto as **Exhibit D** and addresses the chain of custody of the recording, the Adobe Podcast Premium processing, and the preservation of the original unprocessed file.

**Reservation regarding costs:** Plaintiff has incurred actual expenses in the form of certified transcription fees as a result of Defendants' removal of this action. Plaintiff reserves the right to seek recovery of those expenses pursuant to 28 U.S.C. § 1447(c) and 28 U.S.C. § 1920.

No relief is requested by this Notice.

Respectfully submitted,

s/ Jason Kessler

Jason Kessler, *Pro Se*

1356 5th Avenue, Apt. 13

Huntington, WV 25701

Telephone: 571-460-0412

Email: jasonerickessler@gmail.com

Dated: May 11, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I caused a true and correct copy of the foregoing Notice and its accompanying exhibits to be served upon the following by the methods indicated:

**Daniel P. Taylor, Esq.**

Taylor & Makricostas, PLLC

320 Penco Road, P.O. Box 2827

Weirton, WV 26062

*By electronic mail to* dtaylor@taymaklaw.com *and by United States Mail*

**Marc J. Randazza, Esq.**

Randazza Legal Group, PLLC

30 Western Avenue

Gloucester, MA 01930

*By electronic mail to* ecf@randazza.com

**David J. Reilly**

3710 N Carolwood Ct

Post Falls, ID 83854

*By United States Mail*

Jason Kessler, *Pro Se*

Dated: May 11, 2026