IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JASON KESSLER,
      Plaintiff,

v.                                                 Case No. 3:26-cv-00317

GAVIN MCINNES and
DAVID J. REILLY,
      Defendants.

# EXHIBIT A

Certified Transcript of April 29, 2026 Telephone Call between Plaintiff Jason Kessler and Marc J. Randazza, Esq., prepared by Vanan Online Services, Inc.

To Plaintiff's Notice of Filing of Certified Transcript,

Certificate of Transcription, and Original Unprocessed Audio Recording

## Marc-Randazza-Call

[audio starts 00:00:00]

Jason Kessler: Hello?

Marc Randazza: Hey, Jason. Good morning.

Jason Kessler: Hi.

Marc Randazza: Uh, [Indiscernible 00:00:06] um, had not, but, uh, he wants me to talk. My, uh, my first call when I got with my aunt was to, um, [indiscernible 00:00:22], so I understand we -- he's having [indiscernible 00:00:26].

Jason Kessler: Correct.

Marc Randazza: Um, about, uh, -- well, you would -- it was a very nice thing to say about you. Your mom wanted my inquiry to them were, do you think that we can find a way to get this resolved peacefully? Well, because I'll just tell you my personal prejudice about it is, uh, them involving you in for a right-wing fight score and, uh, like them. It is wrong [indiscernible 00:00:58] but at the same time, there are, uh, like a couple of guys who may have been in the bar fights with each other. And so we're in the Alamo. Now we're in the fucking Alamo, and we have [indiscernible 00:01:14] on the outside of it, [indiscernible 00:01:15] going into [indiscernible 00:01:15], kind of fighting each other. Um, well, if I can do anything to find some way to broker peace here before this becomes just about, you know, a Huffington Post or CNN article, I'd love to be able to achieve.

Jason Kessler: Do you think that it will go? I mean, this, this, uh, jurisdiction is way out of the way. You think somebody will see it?

Marc Randazza: I behind [Indiscernible 00:01:38] there's -- this shit never goes under the radar.

# Marc-Randazza-Call

Jason Kessler: Oh. I was curious about that myself. I, I didn't know, 'cause I know that I filed, uh, lawsuits as a pro se litigant in Charlottesville, and it would immediately, uh, get reported. But I know that there were Antifa and so-called, uh, journalists watching that docket very closely, and I haven't heard a peep about this one.

Marc Randazza: Yeah. Well, I don't know is something, what is it? You only filed it days ago, right?

Jason Kessler: Yeah, but like I said, when I filed stuff in Charlottesville, it was immediate, the same-day news coverage.

Marc Randazza: Now they, it may have been because they're watching but [indiscernible 00:02:16] maintenance will pay up under the radar. I don't know. Um, all I know is that it's -- once something's a public record, um, I could assume eventually somebody's gonna find out. You know, I've got -- I mean, I got a stupid call today about some idiots I, I'm, uh, making a case against in California. Just filed another case against somebody in Australia. I got a wire calling sprouting deals. So I don't know. Let, let's assume we're not gonna be able to get this resolved.

Jason Kessler: Um, has, has, uh, Gavin already been served?

Marc Randazza: Gavin has been served, yeah.

Jason Kessler: And do you know if Dave has been served?

Marc Randazza: Uh, as far as I know, he has not [indiscernible 00:03:01] first thing he's heard about it was from us.

Jason Kessler: Okay.

Marc Randazza: So, uh, if Gavin is served, we got a deadline on like, you know, I, I just wanna know what would it take, what we get on saying, [indiscernible 00:03:18]. I do not when I intended, you know, you're, feel free with me. Um,

2

# Marc-Randazza-Call

Jason Kessler: Well, it's not exactly either of those things. Uh, it's like, I think Gavin has wanted this fight with me for a long time. I don't feel like, um, it's us at the Alamo fighting the outside. Uh, I lived through the Alamo. Charlottesville was my Alamo. I was attacked by violent savages and I had all of these people spreading conspiracy theories about me that weren't true. Um, and I turned to Gavin in my time of need. I turned to people like Alex Jones in my time of need because they had given me a platform in the past and they were looking to protect their own backsides. They had me on and not to tell what happened really, 'cause I'm one of the few people who knows what really happened. Uh, they came on to ambush me and Gavin literally said you have blood on your hands as if I'm responsible for the death of Heather Heyer. And that hurt me very badly. And it has for many years. And then, uh, I see as soon as this SPLC thing, he jumps right on that train. And it's not just one statement. It was a campaign, multiple times. And the harm was felt so wide and so far. There are things that I didn't even put in that complaint that I could put in an amended complaint where Gavin's buddies like, uh, Robert Barnes, who is an attorney and should fucking know better, uh, repeated it. Gavin said this, and yeah, Kessler's a fed, he's working for the SPLC, he's an Obama operative. Uh, that hurts me. And people are going to believe this if I do not fight it in court. And that's why my presumption is, is that I don't know that, uh, there – I, I'm, I'm reasonable and I'm open to hearing things. But I'm not sure, uh, that there is something that can be done short of, uh, of fighting this in court. It would have to be, um, a pretty generous offer from you guys in terms of, uh, money, a public apology, uh, you know, retraction of the statements potentially. And I'm, I'm saying that -- I'm not saying I would do that. I'm just saying that, um, that I, I would wanna hear, uh, an offer. I haven't heard a specific offer yet.

3

## Marc-Randazza-Call

Marc Randazza: Okay. So, hold on, I'm I'm taking notes here. So money, public apology, and what is the third thing?

Jason Kessler: Uh, taking this stuff down.

Marc Randazza: And like, what are we talking money-wise?

Jason Kessler: I don't know. You guys make me an offer.

Marc Randazza: His, his offer is, I will never pay you a dollar.

Jason Kessler: Okay. Well, we're not going to have, uh, common ground then.

Marc Randazza: By putting something and say Gavin, um, [Indiscernible 00:06:21].

Jason Kessler: Well, you can see, I mean, obviously you guys are gonna try to argue that, uh, you're probably gonna try to argue that it's worth more than $75,000, right?

Marc Randazza: Well, I mean, I should hope.

Jason Kessler: So I mean, that's a, a base starting point. There's a floor for you right there.

Marc Randazza: And I'm, um...

Jason Kessler: I, I think it's worth substantially more than that. I'm just giving you the factual, uh, legal, uh, issue is that I'm sure you guys are gonna be arguing that it's worth more than that.

Marc Randazza: [Indiscernible 00:07:02] all I'm trying to do is [indiscernible 00:07:10] maybe we can't, but I'm, of course, I'm pretty much ready to stand on this case unless you say, "Yeah, I'm gonna do this." [Indiscernible 00:07:26] and I'm not gonna try and bully you into a lower number or anything like that. And I want to know, you can [indiscernible 00:07:34] by this. Um, what would you [indiscernible 00:07:42] to arbitrate this?

# Marc-Randazza-Call

Jason Kessler: Um, well, I mean, we've got to do a conference at some point anyway, right? Where those kinds of discussions come up. So I mean, maybe we should just take some time to think about it and have those conversations at the, you know, the formal time for that.

Marc Randazza: What I'm concerned about is one, [indiscernible 00:08:06]. I asked who is Gavin [indiscernible 00:08:13] You know, I don't, I don't want to get into things. I'm trying to be neutral, but I'm [indiscernible 00:08:16].

Jason Kessler: I, I hear you and, you know, I'm conflicted about that, you know, to be honest with you. It's not -- like it sounds to me like Gavin thinks it's a wholly bad thing for this to get out to the press. I don't want it to get out to the press. I am not a public figure anymore. I do not have any social media accounts in my name. I don't wanna be bothered. I don't want people to know where I live. I don't make my money like Gavin does by talking on the Internet. I run a moving business. I work my fucking ass off every day. I don't talk trash about people like this. And, uh, I, I don't wanna be bothered. I don't want my businesses to be bothered. But on the other hand, uh, the thing being reported in the press is gonna put people on notice, "Cut this the fuck out now, or you will face ri-- uh, legal consequences." And I want Robert Barnes to know that, and I want all of these people who might also be defaming me in a similar way to know that.

Marc Randazza: Right. Well, let me tell you a bit of [indiscernible 00:09:18]. Well, I don't think very highly. Why could you believe?

Jason Kessler: Well, he's an anti-Trump freak. He's one of these people that's obsessed with Israel or something. I don't pay attention to him, but he's, he's become one of the freaks, and yet he's trying to hit me from that direction as if I'm the, the weirdo. He is the weirdo.

# Marc-Randazza-Call

Marc Randazza: Well, quite honestly, Robert Barnes -- uh, I have my own theories that he's a left-wing [indiscernible 00:09:48] because I have not seen anybody be more [indiscernible 00:09:52] politics than him.

Jason Kessler: Well, that's my -- that's what I've seen of him, is I've seen him joining in with basically what the, uh, former alt-right, the white nationalists, the Groupers are doing in trying to sabotage Trump and divide his coalition over this Iran thing, which I do not -- is not, to me, the main priority. The domestic agenda is the most important to me. So I've noticed him and I've said, "Well, this guy is really off base. He is, uh, doing the work of the enemy."

Marc Randazza: Um, what is your email, Jason? [Indiscernible 00:10:26].

Jason Kessler: You can use the one that's on the complaint, can't you?

Marc Randazza: I don't actually have the complaint in front of me yet. It's...

Jason Kessler: Uh, you -- the one that I put on the complaint is just my name, jasonerickessler@gmail.com.

Marc Randazza: [Indiscernible 00:10:42].

Jason Kessler: What's that?

Marc Randazza: Is it C or a K?

Jason Kessler: C. E-R-I-C-K-E-S-S-L-E-R.

Marc Randazza: Okay. Um, all right. Uh, can I give him a little more detail [indiscernible 00:11:03]. So $75,000 [indiscernible 00:11:06]. Is that...

Jason Kessler: And that, that's, that's the minimum. I'm not saying that's what I'm angling for. All I'm saying is that anything under that is kind of an insult.

Marc Randazza: Okay. So the settlement on the table right now, what, $75,000 minimum, anything less than that is an insult to...

6

# Marc-Randazza-Call

Jason Kessler: And, and I ba-- and as far as the apology, I want him to have me on his program to understand the true, uh, story of what happened at Unite the Right, to apologize to me for his statements, and to tell the public audience, I was wrong, Kessler is not a bad actor. Uh, he, uh, was…

Marc Randazza: Hold on, slow, slow down. Okay, sorry, just slow down just 'cause I wanna make sure that I get it. Okay, have you on Gavin's show where you will -- um, says explain your side of Charlottesville.

Jason Kessler: Yes. And tell the public that I was a good faith actor, uh, and he did not understand. Uh, he was basing his, uh, views on, uh, whatever the conspiracy theories that are out there.

Marc Randazza: And then three, uh, now for taking down false statements.

Jason Kessler: Yes.

Marc Randazza: They accuse you of being [indiscernible 00:13:00].

Jason Kessler: Yes.

Marc Randazza: And also anything to do with Heyer?

Jason Kessler: Um, yes, that's, that's a good thing, 'cause I had absolutely nothing to do with Heyer. Uh, I didn't know James Fields.

Marc Randazza: Okay. Even this -- I just sent you a text to make sure, make sure I'm not miscommunicating.

Jason Kessler: Mm-hmm. Is our, is our present conversation something which, uh, I will be beholden to in this legal process?

Marc Randazza: Well, right now we're -- what do you mean by beholden to?

Jason Kessler: Like, is our present discussion something that can be used against me?

# Marc-Randazza-Call

Marc Randazza: No. Our communications are privileged. They cannot be used to prove or disprove a figure plan.

Jason Kessler: And it can't be used in any kind of negotiations with the court?

Marc Randazza: You mean, like in mediation and/or arbitration?

Jason Kessler: Yes.

Marc Randazza: Mm, yeah. It could definitely be raised in mediation. If you're the, if you're the mediator, you bring a very [indiscernible 00:14:27] things.

Jason Kessler: But basically, you know, like I said, I am not agreeing to, like, these things that I'm saying. I'm just spit balling off the top of my head. Here are some things that, you know, it crosses my mind. I, I wanna hear what...

Marc Randazza: Okay. So wait, let me see. Let me add some more -- there may be other terms. You're not limiting it to this.

Jason Kessler: Right. I'm not limiting it to that.

Marc Randazza: The stress, okay. You are not limiting what's -- so this is just the starting.

Jason Kessler: Yes. And also, like, I don't think we answered the question there, though, about whether, um, this can be used to say, "Well, Kessler said this, and then he, uh, changed his mind."

Marc Randazza: Um, like which -- by which part?

Jason Kessler: Any of it.

Marc Randazza: You're always allowed to change your settlement here as per original. So you and I might agree, but later on you decide you want 300,000, and I'd say, "Well, you said 75,000."

Jason Kessler: Uh, yeah, but I didn't say 75,000. I just said that's the minimum.

8

# Marc-Randazza-Call

Marc Randazza: Okay. I'll, I'll just reiterate. [Indiscernible 00:15:43].

Jason Kessler: I just don't wanna be taken advantage of because I'm not an attorney. I'm a pro se litigant, and I don't know if this is some kind of strategy to, um, to get me to say something you can use against me because I don't have knowledge.

Marc Randazza: I guess I don't know what, what it is you're concerned about. I'm gonna miss, um, [Indiscernible 00:16:11]

Jason Kessler: Uh, I, I guess, I guess I'm just concerned because...

Marc Randazza: I can link open-ended. I'm, I, I'm not -- let's put it this way. Okay, I, I think I see what you're worried about. Just I [Indiscernible 00:16:29] So I've done this [indiscernible 00:16:33] what I've done, and we make an offer, client's willing to do it, my client jumps in it and says, "Okay, I accept."

Jason Kessler: Mm-hmm.

Marc Randazza: Now there's a motion to enforce [indiscernible 00:16:44]. Um, you're now stuck with what you offered. So I'm gonna confirm here that it insures against that. Uh, there is no settlement binding unless and until both parties sign and agree. Man, either you were gonna delayed you [Indiscernible 00:17:16] terms. I don't...

Jason Kessler: Because basically my posture is that this is very early. I don't know what to think yet. I'm -- so I mean, this is the first time I've done an action like this. I've done other kinds of things, uh, Freedom of Information Act violations, I've done, uh, Public Records Act violations. I've done fighting words, statues, cases. But I've never done this. And, um, and I'm not sure how I feel about it. I'm not sure how genuinely sorry Gavin is. It sounds like what you're saying, you know, uh, is that there might be like a lot of hostility, uh, saying I'm not going to give him a dollar. So he doesn't seem like he's really, um, understood that he's done something

9

# Marc-Randazza-Call

wrong here. He's just trying to get himself out of the liability. And that's concerning for me. So that's part of it is that, you know, I, I'm talking about money, and this is about more than money, to be honest with you. I, I'm saying that because these things are associated with money. But this is about my name. This is about my legacy. This is about, um, my reputation in my business. I, I am scared and I don't want to just be bought off like some whore. I, I want, uh, to make sure that I have gotten justice for myself. And, um, I just don't want to be beholden to like, well, we're talking about money, which is not the important thing to me, really. Uh, although it is a factor in the defendant's acknowledgment of what they've done wrong.

Marc Randazza: Well, look, if somebody [indiscernible 00:19:00] for one on one of the kids saying young lawyers liked that. They realize that killer could change. Now, 90, 90% of police can put court profile. So nothing ever works like the way it does and, you know, when we get on TV, you know, and it's always a whimper. It's never uh, it's ramped and somebody's storming out of the courthouse, you know, holding the verdict above their head. I mean, it does happen. It's not like it never happens. But, um, it's — well, and that's just your commentary on a little, our legal [indiscernible 00:19:53].

Jason Kessler: Yeah, I understand that. I mean, I've had certain experiences when I've tried to get information out to the public about what happened at Charlottesville. There were crimes committed by the public officials. They destroyed, uh, communications that were -- they were supposed to preserve under the Public Records Act. They did it in a cover-up, and I tried to sue, and I was told that only the Virginia, uh, Library has, uh, standing to sue. And it's okay, yeah, the Virginia Library is gonna sue the, the, these Democrats, uh, for, uh, what they're doing, and the state government is controlled by Democrats too. It was just ridiculous. So I understand what

# Marc-Randazza-Call

you're saying, and I'm just -- basically, I'm, I'm just listening to you. I'm not an unreasonable person. I, I don't have a feeling one way or the other really at this point. I'm just trying to learn.

Marc Randazza: Okay. So, you know, I, I will talk [indiscernible 00:20:48] what you said about, you know, not just being bought off like a whore, as you put it. Well, and I can respect [indiscernible 00:20:57]. So, you know, when I look at the cost of defense, when you look at how much you'd talk to fight one of these cases, you know, it's not unusual for it to go up there, you know, [indiscernible 00:21:19] thousand dollars. Now, I, I assume that has no merit. I'm not saying it has no merit. I'm not making a judgment. I just personally wanted to call you before I had rank an entire [indiscernible 00:21:32] because this conversation is not about you paying your legal bills or you, you know, it's not about that. But me saying [indiscernible 00:21:47] wanna make a big enough decision to make this go away. And I know that, that me caused you that way really aggressively. [Indiscernible 00:22:03]

Jason Kessler: Well, um, so I think you've got -- I think you've got my posture pretty good. I, I appreciate you, uh, calling me and trying to get this, and I understand that you're -- the job you're doing and, and everything like that. Uh, confer with, uh, your client and, and see where he's at after you've spoken to me and, and, you know what I mean? I guess this will just be a process, uh, maybe a long process, maybe a short process. I don't know.

Marc Randazza: Oh, maybe short because, you know, if, if -- I know I can get this done with 75,000 then it's gonna pop to the defense.

Jason Kessler: Mm-hmm.

Marc Randazza: So.

Jason Kessler: You -- he want -- he's gonna wanna do something over 75,000 though. Like I said, that's the minimum.

# Marc-Randazza-Call

Marc Randazza: Okay, well then that's what I'm trying to, you know, almost artistically pin down for him is that...

Jason Kessler: The only reason I'm picking that number is I know you guys are going to argue it, but I've said that several times. I didn't mean to repeat myself.

Marc Randazza: Yeah, yeah. I mean, I don't think we have a disagreement about -- so I just want to know, you know, is it [indiscernible 00:23:12]? Is it 300? Is it 1 million? I don't know what it is. I don't even know what you're...

Jason Kessler: I don't know yet is the honest answer. That's why I'm saying I want to hear, I want to hear what you guys come up with.

Marc Randazza: I'm sorry. All right. Look at what I've sent you. In that, it's got [indiscernible 00:23:33] where we are.

Jason Kessler: So I'm not making a settlement offer at this time. That's the only thing. This is just a conversation about my feelings. I haven't decided on anything. I'm not ready to make a settlement offer.

Marc Randazza: Okay. And so how about then let me modify that and edit this. If Gavin is to make a settlement offer, it will be rejected?

Jason Kessler: No, not necessarily. You're , you're, you're free to make a, a settlement offer, and I can't say for certain that it'll be rejected. But I am not ready to make a settlement offer.

Marc Randazza: Okay. All right, so these terms...

Jason Kessler: I'm just giving you something to work with, you know, so you can do your job.

Marc Randazza: These terms are what? Our working universe of parameters?

12

## Marc-Randazza-Call

Jason Kessler: I, I guess you could say that. It's just spit balling, really. It's not something I'm ready to formalize.

Marc Randazza: I will [indiscernible 00:25:19] this to them and we'll see what can happen

Jason Kessler: Okay. Thank you, Marc.

Marc Randazza: If you have any questions, give me a call.

Jason Kessler: Okay, will do. Bye.

13