# **Exhibit 1**

Declaration of Gavin McInnes

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

------------------------------------------------------------x

JASON KESSLER,                                            :
                                                         :   Civil Action No.
                                    Plaintiff,            :
                                                         :
            -against-                                    :
                                                         :   **GAVIN MCINNNES DECLARATION**
GAVIN MCINNES AND DAVID J.                                :
REILLY,                                                   :
                                                         :
                                   Defendants.            :
------------------------------------------------------------x

I, Gavin McInnes, hereby declare as follows:

1) I am over the age of eighteen and mentally competent. I make this declaration based upon my own personal knowledge, and if called upon to testify to its contents, could and would do so consistently herewith.

2) I am a Defendant in the above captioned matter.

3) I have reviewed the complaint.

4) I have reviewed the prayer for relief and note that Mr. Kessler is trying to get an injunction forcing me to retract statements about him.

5) My podcast and broadcasts and statements are my stock in trade.

6) I have never, in my history, have had to retract a statement nor correct one.

7) I have the humility to be able to be persuaded that my statements about Mr. Kessler may have been erroneous.  However, at this time, I see that as not yet proven.

8) When I made my statements about Mr. Kessler, I believed them to be true or simply matters of my opinion based on facts that I shared along with the opinions.

9) I stand by the fact that I had no reason to disbelieve my opinions when I stated them, and I have no reason to disbelieve them now.

1

Doc ID: fde838e790844c554b1cf453bb6052a12388997a

10) Accordingly, what Mr. Kessler seeks in the injunctive relief in this case is far more destructive to me than mere payment of money.

11) I am not sure how much financially Mr. Kessler actually seeks from me but my first amendment rights are worth far more than $75,000 to me, and having to knuckle under to demands to retract and correct is something I would do if the Court ordered it, but doing so would cost me in excess of $75,000 and would damage me far in excess of that amount both immediately and long term. My stock and trade is my word. I run a subscriber-based platform and people pay to hear my political opinions. If these beliefs can be flipped every time someone is upset, there is no reason to subscribe and my career is over.

12) Accordingly, even if I were to pay Mr. Kessler $0 in a settlement, but be compelled to censor my speech the way that his complaint seeks to censor me, the cost to me would be far greater than $75,000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05 / 08 / 2026                     Respectfully Submitted,

_____

2

Doc ID: fde838e790844c554b1cf453bb6052a12388997a