# **Exhibit 4**

Text Messages

To: Jason Kessler

iMessage
Wednesday 11:12

Jason, it's Attorney Marc Randazza.

I'm representing Gavin, but I understand we have some common friends and it's at least possibly worth having a conversation while the temperature is low

I want it to be at a time that's convenient for you so let me know if now is good or later would be better

I'm also in touch with Dave, but I have not been engaged by him

Anytime is fine

OK, let me get somewhere a little more quiet and I'll call you in a minute or two

These terms are our working universe of parameters.

1.  $75,000 minimum, anything less than that is an insult.
2.  A public apology:  Have you on Gavin's show, where you will explain your side of Charlottesville, and tell the public that you were a "good faith actor" and "he did not understand" and he was "basing his view on conspiracy theories"
3.  Taking down all statements that accuse you of being paid by SPLC and blaming you for Heather Heyer.

Confirm and I will transmit to Gavin.

**Edited**

4.  There may be other terms, you are not limiting it to this.  This is a starting point.

5.  $75,000 is not to be considered to be a limit.

6.  There is no settlement binding unless and until both parties sign and agree, and you reserve the right to modify any of these terms up until final settlement.

To: Jason Kessler

> Are you willing to sign a stipulation you seek no more than $75,000?

I do not want to have any more "informal" conversation conversations with you. Please communicate through filings with the court or formal negotiations

> its not informal, its in writing .

> You willing to stipulate or not?

I don't trust you. Please stop texting me

> Whats not to trust?  I am asking you if you want to agree that this case is not worth more than $75,000, and that would presumably resolve this issue of the federal jurisdiction.

> so you willing to agree to a backstop on damages of no greater than $75,000?

You will likely have your chance to prove in court what you think the value of the claim is.

Please stop trying to get me to make a statement you can use against me.

I do not consent to these text messages. It is unprofessional to keep texting me when I've asked you not to

> its not about what I will prove the damages are, its about you either agreeing they are less than $75,000 or not.  If you agree, then we will stipulate to that, and we will have at least resolved one aspect of going back to state court.  If you will not do that, thats fine, you're under no obligation to.  But I feel an obligation to ask you.

Delivered