# **<u>Exhibit 5</u>**

American Free Press Article

May 11, 2026

16    AMERICAN FREE PRESS  ·  ISSUE 19/20  ·  MAY 11 & 18, 2026  ·  AMERICANFREEPRESS.NET                     AFP ON HATE GROUPS

# Panel of Victims Exposes SPLC's Sordid History

Continued from page 15

especially among those corporations that send them fat checks. It may also chill the trust the lamestream media has placed in them as the go-to source to tell them who the "haters" and "extremists" are, with the SPLC's "hate map" having included everyone from conservative Christians and parents protesting perverted curricula in their schools.

In Canada, we have the pernicious Canadian Anti-Hate Network, which got its start-up seed money from the SPLC and, like the SPLC, spies on nationalists and dissenters and briefs the media as to who the "haters" are.

Both groups have cost many good people their jobs, making a mockery of the right to freedom of speech. In the United States, after a trial and, hopefully, convictions, perhaps citizens who have been defamed, deplatformed, debanked, or fired because of the SPLC may find justice.

\* \* \*

**Dr. Michael Hill, President of the Southern Nationalist League:** Yes, the Charlottesville Unite the Right rally (UTR) was a set-up involving high-level officials and likely numerous infiltrators. But it was also a legitimate outpouring of white Southern nationalist sentiment that scared the hell out of the establishment. Now, after nine years, someone is looking to refashion the Charlottesville story for their own benefit. That's why those of us who were there should be the first and loudest to insist that the truth be finally told.

The recent indictment of the SPLC by a federal grand jury in Montgomery, Ala., for, among other things, paying over a quarter-million dollars



**The SPLC's Bryan Fair,** a constitutional scholar and former SPLC board chairman, will serve as SPLC interim president until the SPLC board completes its search for a permanent leader.

PHOTO BY ERIC SHELTON OF "MISSISSIPPI TODAY"

to someone who was at Charlottesville at the UTR rally in August 2017, has reopened the important question of just what actually happened at the event and why. Trump says it was organized and paid for by the SPLC (who we all want to see go down for good) for the sole reason of making him look bad.

His acolytes and influencers in the various media, especially social media, laid the groundwork from the beginning for Trump's claims about Charlottesville being paid for, organized, and orchestrated by the left. They said, in effect, that any organic outpouring of pro-white and pro-Southern sentiment was by its very nature fake and a product of the left designed to embarrass the "real conservative"

movement in America, i.e., Trump and MAGA. No "racists" and "anti-Semites" need apply to this respectable club.

I was in Charlottesville as chief of The League of the South (LS), the largest single organization to participate in UTR. Michael Tubbs (LS chief of staff) and I were at the head of that column that marched down East Market Street and had to fight our way into Lee Park while the local and state cops stood down and watched the mayhem take place. In other words, I was there and solely responsible for the LS and its UTR logistical planning and funding, its tactical and operational planning, and its overall goal of defending our beleaguered Southern culture and heritage.

I sure as hell know better than

Trump and MAGA about what went on that day. In short, they are liars. To what larger purpose remains to be seen, but I'd bet whatever it is goes to the benefit of Trump himself.

But as with much of Trump's bombastic and ego-driven babbling, Charlottesville, too, is a flimsily constructed falsehood. As my friend and compatriot Brad Griffin posted on "X": "Hundreds of White Nationalists got together in 2017, plotted with the SPLC how to make Trump look bad, and drove to Charlottesville to carry out their plan. Part of the organizers' plan was to get sued for millions of dollars while not being able to afford legal representation."

May the God of our fathers separate the truth from lies and bring His wrath and judgment upon the purveyors of the latter.

\* \* \*

**Jason Kessler, Unite the Right organizer and author of *Charlottesville and the Death of Free Speech*:** Obviously, the SPLC indictment is great news and yet another example of the benefit we get out of Donald Trump that we wouldn't get from any other president.

It's a double-edged sword regarding the revelations about an SPLC informant at Unite the Right. On the one hand, sunlight is almost always a good thing. We want to know who this is and pray that the identity of [informant] F-37 is revealed. And yet, on the other hand, the revelation has sparked a wave of false conspiracy theories about Charlottesville being "staged."

I am not an attorney, but I have spent many years in legal combat, including as a successful pro se litigant. On its face, the allegations against the SPLC clearly and logically have mer-



## REMOTE CONTROL
### THE BATTLE FOR YOUR MIND

**Cutting-edge book** about the secretive science of mind control and Zionist governmental intrigue. A fast-moving page-turner. Includes documents never before published. Unsettling. 305 pages. **$20 postpaid**. Order from: Mindscape Bookshop POB 99, Lyons, IL 60534.





## Charitable Giving:

See how you can help ensure your legacy of freedom and AFP's future by remembering us in your will or trust. See page 28.

it. It's about committing wire fraud and money laundering, not hiring an informant. For once, the shoe is on the other foot, and our enemies will face trial in a potentially hostile jurisdiction in Alabama.

Some people say that this part of Alabama is the "Black Belt" because of the high African-American population, but I could see black people also being offended about the SPLC paying people to make "racist posts online." Time will tell.

\* \* \*

**Kirk Lyons, Esq., Founder and Chief Trial Counsel for the Southern Legal Resource Center:** Since the indictment, I've fielded about 15 calls about the SPLC case, including an FBI inquiry about my 1989 quote on their involvement in the Shelby Bookstore murder case. This suggests a broader investigation.

Most of the former SPLC leadership has left, including Morris Dees and Richard Cohen in 2019, as well as Mark Potok and Heidi Beirich. But they still have an estimated $800+ million endowment, and they are rallying with other left-of-center "civil rights" groups to fight the indictment.

We need to push the administration to proceed vigorously, find ways to share information with the Department of Justice (DOJ), and encourage them to expand the investigation through our Congressmen and DOJ contacts (especially in the U.S. Attorney's office in Montgomery).

The SPLC's strategy will be to delay, including by filing a motion to quash the indictment. If there is a trial, the SPLC will appeal any verdict they don't like. I seriously doubt they will settle with the DOJ. I assume they will fight for all they are worth and try to run out the clock on the Trump administration, because when it's over, this all shuts down if the Democrats take over.

Dependent on any proven revelations of wrongdoing from the DOJ, groups looking to jump in on this with a private cause of action need to be united, well-organized, and well-funded.

Experiencing the SPLC discovery process was quite an education for me and was unrelenting and brutal. Whatever we do, we need to take advantage of this situation to learn all we can about SPLC's skullduggery and inner workings, and keep the press spotlight on the SPLC's many scandals and abuses. I look forward to seeing what the DOJ can prove.

\* \* \*

**Rev. Bret McAtee, pastor of Christ the King Reformed Church**

**(Charlotte, Mich.):** I popped a cork from a nice bottle of champagne and celebrated when I heard of the SPLC being hoisted on their own petard. I only pray now that the ADL, B'nai Brith, and the American Civil Liberties Union will also soon get a similar comeuppance. Finally, the loathsome SPLC has been indicted. "Whatsoever a man soweth he shall also reap."

Of course, this doesn't mean that this organization will be convicted in a court of law, but for now, the spotlight has been turned on them to expose the hate-filled nature of their hate-filled lies.

My objection to the SPLC was their contention that there was something errant or unworthy about hate. Scripture clearly teaches that God hates all workers of iniquity (Ps. 5:5). Scripture tells us that there are six things the Lord hates, seven that are detestable to Him (Prov. 6:16 and Zech. 8:17). The Holy Spirit instructs His people to "Hate that which is evil, cling to that which is good."

Next, Christians have to get past thinking that there is something intrinsically wrong with "hate." How can we not hate that which seeks to destroy the good, the true, and the beautiful, as Christianity defines the good, the true, and the beautiful? Instead of defending ourselves from charges of hate, we should step up to the microphone and say, "Of course I hate that which is vile, false, and ugly. Who wouldn't?"

Christians who don't hate the SPLC and the parallel organizations are not right in the head. Tolerance of evil folks is not a virtue.

Finally, and this will probably fly right by people, Christians need to realize that biblical hatred is built on the foundation of love. It is because we love people that we stand in opposition to them when they attack those things God counts as lovely. We

should communicate to the Christ-hating cosmopolitans that we understand their attack on that which is virtuous is part of their pursuit of the establishment of the perverse.

Because of these instructions, I gladly admit that I hate the SPLC with a holy hatred since it has consistently revealed itself as an organization that hates that which God loves (Psalms 139:21). Indeed, the SPLC has always used its hate list as a proxy war to seek to destroy biblical Christians and biblical Christianity. It's clear that any organization that claimed to be an authority on identifying hate while refusing to name Antifa as a hate group was working with an ax to grind.

\* \* \*

**Sheriff Richard Mack, Founder of the Constitutional Sheriffs and Peace Officers Association:** I have been lied about by the SPLC for over 25 years. I have called them out on it numerous times. As I analyzed their modus operandi, I discovered what they were just indicted for: lying to their donors about me and who I was to scare them into donating more money to the SPLC. This is what the SPLC has always done, and they have made a tremendous amount of money doing it.

For example, the SPLC has said numerous times that my national organization and I have promoted and advocated violence and that the CSPOA is a paramilitary organization. I challenged them to show one example in which I ever promoted violence or committed an act of violence in my life. I even challenged them to an open debate about any of their baseless accusations. Of course, they refused.

Why? Because they cannot afford to be exposed to the public or to their supporters regarding their "sales tactics." Now, finally, they have been ex-

posed, and I would be happy to testify against them.

\* \* \*

**Padraig Martin, former government contractor and author of** *A Walk in the Park: My Charlottesville Story***:** I may be the last individual outside of the criminal justice system to have seen James Fields\* in person. In fact, in many ways, I became an inadvertent eyewitness to the depths at which the system fought against those of us who simply wanted to preserve a monument and a people's heritage. Why? Because I was arrested in Charlottesville after the Unite the Right rally was deemed "unlawful," I was charged with a criminal offense entirely unrelated to the event. That which I witnessed was a study in government tyranny.

After UTR, I had the misfortune of losing the keys to my car. While attempting to break into my own vehicle, the Virginia State Police stopped me. I explained it was my car and told them that I had a gun in my pocket and where to find it. I also explained that I had a legal concealed carry permit in my home state, Florida.

Given that Virginia and Florida had a reciprocity agreement, the matter should have ended with a misdemeanor citation (failure to carry said permit, which I left at home). I was not engaged in criminal activity, and I had a legal right to carry. Instead, the state police chose to process me in a makeshift, underground station beneath the Charlottesville courthouse, where I sat, watched, and listened.

At the time, because I was in their custody, I had no idea about the James Fields incident. I listened to the state police complain more about then Virginia Gov. Terry McAuliffe's decision to fly to Charlottesville and the resultant helicopter crash. I heard them speak about a car crash (the

See SPLC, page 18



# JOIN GIDEON'S ELITE:
# PREPARE FOR
# KINGDOM SERVICE!

**Hear Pastor Peter J. Peters** daily on WTWW shortwave radio. For a FREE newsletter with complete broadcast schedule write: Scriptures For America, POB 766, LaPorte CO 80535.

**24 hrs daily—Internet streaming:**

## SCRIPTURESFORAMERICA.ORG