# Exhibit 6

Affidavit of James Hingeley

*In Re: Jason Eric Kessler Concealed Handgun Permit*

**VIRGINIA:**      **IN THE CIRCUIT COURT OF THE COUNTY OF ALBEMARLE**

IN RE:  JASON ERIC KESSLER
          CONCEALED HANGUN PERMIT          **AT LAW: CL20-1609**

### AFFIDAVIT SUBMITTED IN OPPOSITION TO
### GRANTING A CONCEALED HANDGUN PERMIT TO JASON ERIC KESSLER

This affidavit is submitted by James Hingeley, Albemarle County Commonwealth's Attorney, stating facts concerning specific acts of the applicant that justify the denial of Jason Eric Kessler's application for concealed handgun permit, filed 9/14/20 (CL20-1609), as Jason Eric Kessler is disqualified from having a concealed handgun permit under Virginia Code Section 18.2-308.09(13).

Jason Eric Kessler was indicted in Albemarle County on October 2, 2017 on a felony charge of perjury in violation of Virginia Code Section 18.2-434 for willful false swearing on or about January 23, 2017 (Albemarle Circuit Court Case no. CR-17000673-00).

On January 22, 2017 Jason Kessler made a sworn statement before the magistrate stating that James Justin Taylor had violently grabbed and shaken his arm and that James Justin Taylor's face had made contact with his.  In his sworn statement Jason Kessler justified his assault and battery of James Taylor as self-defense.  The incident occurred in the City of Charlottesville on the downtown mall and the sworn statement before the magistrate was given in Albemarle County.  (Exhibit 1 attached)

Based on Jason Kessler's sworn complaint the magistrate issued a warrant charging James Justin Taylor with assault and battery. The charge was dismissed with prejudice. (Exhibit 2 attached)

Nina Anthony, assistant commonwealth's attorney for Charlottesville, moved to dismiss the charge against James Justin Taylor on the ground that "the Commonwealth through independent video evidence can establish that the events described by the complaining witness (Jason Kessler) in his criminal complaint did not happen." (Exhibit 3 attached)

On April 6, 2017, Jason Kessler pleaded guilty to assault and battery in Charlottesville General District Court and was convicted.  On May 8, 2017 Jason Kessler was sentenced to 30 days, with 30 days suspended, and required to perform 50 hours of community service. (Exhibit 4) Following his guilty plea, Jason Kessler gave an interview to CBS19 News. (Exhibit 5)

Jason Kessler was the organizer who applied for a permit to hold the "Unite the Right " rally that occurred in Charlottesville on August 12, 2017, and Jason Kessler was present at the rally. The rally brought people "from all over the country" whom Jason Kessler described as "many, many undesirables from the far right," including mainly "white supremacists." The rally caused

1

numerous violent acts including an attack on Heather Heyer, who was murdered by James Fields, whom Jason Kessler described as a "white supremacist."

Jason Kessler has the following convictions on his criminal record:

Obstructing justice (18.2-460) in Richmond General District Court (08/29/2005)
Failure to appear (19.2-128) in Richmond General District Court (08/29/2005)
Assault and battery in Charlottesville General District Court (05/08/2017)

The Court should conclude, by a preponderance of the evidence, that Jason Kessler is likely to use a weapon unlawfully or negligently to endanger others if the application for a concealed handgun permit is granted.

It has been shown that Jason Kessler falsely accused another of assault and battery ("The Commonwealth through independent video evidence can establish that the events described by the complaining witness [Jason Kessler] did not happen" Exhibit 3).

It has been shown that Jason Kessler has been convicted of obstructing justice, failure to appear, and assault, all offenses that demonstrate his propensity for violence and his disregard for the authority of the court.

It has been shown by his public statements that Jason Kessler believes he can physically attack others without legal justification ("Man to man, yell in a man's face and expect to get punched in the face" Exhibit 1 and 5).

It has been shown by his public statements that Jason Kessler believes a person's political views justify the use of violence against them ("People like James [the person Jason Kessler assaulted] have been using the liberal nature of this city to really mess with me" Exhibit 5).

It has been shown by his own statements, publicly filed in a court proceeding, that Jason Kessler believes Heather Heyer contributed to her own killing by a white supremacist because "she was engaged in an unlawful assembly, blocking a roadway, and jaywalking" (Kessler's Motion to Change Venue, Albemarle Circuit Court Case No. CR-17000673—00). Jason Kessler also stated that Heather Heyer, was a "counter protester" who "went there [downtown Charlottesville] looking for trouble" (Kessler's Motion to Change Venue).

It has been shown by his own statements that Jason Kessler "is solely responsible for the August 12th rally" (Kessler's Motion to Change Venue).

2

It would be intolerable to the citizens of the Commonwealth for Jason Kessler to be granted a concealed handgun permit.   He is a person who:

1. Makes false statements under oath.
2. Has a propensity for violence.
3. Has disregard for the authority of the Court.
4. Believe his self-justification for the use of violence empowers him to ignore the requirements of the law with respect to justification.
5. Believes that a person's political views may justify the use of violence against that person.
6. Believes that a peaceful protestor exercising her constitutional rights, like Heather Heyer, is looking for trouble.

Under these circumstances the issuance of a concealed handgun permit to Jason Kessler presents a clear and present danger to the safety of this community.

James Hingeley
Commonwealth's Attorney

COMMONWEALTH OF VIRGINIA

COUNTY OF ALBEMARLE, to-wit:

The foregoing instrument was sworn to and subscribed before me this 30th day of October, 2020, by James Hingeley, Commonwealth's Attorney for Albemarle County, Virginia.

My commission expires: _____10·31· 2022_____

Notary Public      no. 314503

TONI G. TUTHILL
Notary Public
Commonwealth of Virginia
Reg. # 314503
My Commission Expires October 31, 2022

3