UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

JASON KESSLER,                              :
                    Plaintiff,              :      CASE No.: 3:26-cv-00317
                                            :
v.                                          :      JUDGE: Robert C. Chambers
                                            :
GAVIN McINNES                               :      NOTICE TO THE COURT
and DAVID J. REILLY                         :      OF RETURNED SERVICE
                    Defendants.             :

Comes now Daniel P. Taylor, Esq., of Taylor & Makricostas, PLLC, counsel for

Defendant, Gavin McInnes (Defendant McInnes), and informs the Court that in addition to

service via CM/ECF, copies of all filings by Defendant McInnes were also had upon the Plaintiff

via USPS Regular Mail at the following address: Jason Kessler, 1365 5th Avenue, Apt. 13,

Huntington, West Virginia 25701. Said address was provided by the Plaintiff on his Civil Case

Information Statement, which was filed with his Complaint in the Circuit Court of Cabell

County, West Virginia, on the 27th day of April, 2026, and was assigned case no. 2026-C-168.

Counsel for Defendant McInnes wishes to show the Court that mailings to the address

specifically provided by the Plaintiff are being returned as "No Such Number" and "Unable to

Forward."

Respectfully submitted,

By: _____
DANIEL P. TAYLOR, ESQ. (PA#64393)
TAYLOR & MAKRICOSTAS, PLLC
320 Penco Road
PO Box 2827
Weirton, WV  26062
Telephone:  304-723-9670
Facsimile:  304-723-9674
E-mail:  dtaylor@taymaklaw.com

/s/ Marc J. Randazza
Marc Randazza, (*Pro Hac Vice*)
RANDAZZA LEGAL GROUP, PLLC
30 Western Ave.
Gloucester, MA 01930
Tel:   702-420-2001
Email:  mjr@randazza.com

*Attorneys for Defendant Gavin McInnes*

## PROOF OF SERVICE

I hereby certify that on the _19th_ day of _MAY_, 2026, I electronically filed the foregoing Notice to the Court of Service Upon Plaintiff with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Parties of record. Additionally, the foregoing Notice was also sent to Plaintiff via USPS Regular Mail at the following address: 1365 5th Avenue, Apt. 13, Huntington, West Virginia 25701.

DANIEL P. TAYLOR, ESQ. (WV#5821)
Taylor & Makricostas, PLLC
320 Penco Road
P.O. Box 2827
Weirton, West Virginia 26062
Telephone:  304-723-9670
Facsimile:  304-723-9674
E-mail:  dtaylor@taymaklaw.com