# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

**JASON KESSLER,**
　　　Plaintiff,

v.                                              Civil Action No.: 3:26-cv-00317

**GAVIN McINNES and**
**DAVID J. REILLY,**
　　　Defendants.

## EXHIBITS A-D FOR DECLARATION OF JASON KESSLER IN SUPPORT OF RENEWED MOTION FOR PERMISSION TO FILE ELECTRONICALLY

The following exhibits are submitted in support of Plaintiff's Renewed Motion for Permission to File Electronically:

　　**Exhibit A** — Screenshot, PacerMonitor pricing plans

　　**Exhibit B** — April 29 email from Kessler to Randazza

　　**Exhibit C** — May 7 4:02 PM email from Kessler to Randazza and Taylor

　　**Exhibit D** — May 7 7:19 PM email from Kessler to Randazza and Taylor

/s/ Jason Kessler
Jason Kessler, Plaintiff, Pro Se

Date: 5/19/26

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

---

**JASON KESSLER,**
        Plaintiff,

*v.*                                             Civil Action No.: 3:26-cv-00317

**GAVIN McINNES and**
**DAVID J. REILLY,**
        Defendants.

---

# EXHIBIT A

## SCREENSHOT — PACERMONITOR PRICING PLANS

**URL:** https://www.pacermonitor.com/pricing



*Figure 1: PacerMonitor Pricing Plans; currently only means plaintiff can access needed digital copies*

/s/ Jason Kessler

Jason Kessler, Plaintiff, Pro Se

Date: 5/19/26

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

**JASON KESSLER,**
            Plaintiff,

*v.*                                        Civil Action No.: 3:26-cv-00317

**GAVIN McINNES and**
**DAVID J. REILLY,**
            Defendants.

# EXHIBIT B

## SCREENSHOT — EMAIL SERVICE REQUEST #1 (APRIL 29)



*Figure 2: Email from Kessler to Randazza (April 29) "See attached. Please email me a copy of any motions or filings."*

**Description and Identification of Exhibit B:**

Randazza asked Kessler to email him an electronic copy of the complaint because it was easier to engage with than a paper copy. Kessler politely asks him to return the favor, which was ignored.

/s/ Jason Kessler

Jason Kessler, Plaintiff, Pro Se

Date: 5/19/26


IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION


**JASON KESSLER,**
        Plaintiff,

v.                              Civil Action No.:3:26-cv-00317

GAVIN McINNES and
DAVID J. REILLY,
            Defendants.

# EXHIBIT C

## SCREENSHOT — EMAIL SERVICE REQUEST # 2

*Figure 3: Email from Kessler to Randazza and Taylor (May 7) "I have already made it crystal clear to Mr Randazza that I want to be served pleadings by email. You both should know that a pro se client is unlikely to have access to the same electronic court resources as you and serving it in a different way I will not receive it fits into an emerging fact pattern of trying to exploit a pro se litigant. Please do not let this error happen again."*

**Description and Identification of Exhibit C:**

Kessler expresses displeasure after discovering Defendants had filed multiple documents without honoring his polite request for electronic service. He renews his request.

/s/ Jason Kessler

Jason Kessler, Plaintiff, Pro Se

Date: 5/19/26

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

**JASON KESSLER,**
            Plaintiff,

*v.*                                      Civil Action No.: 3:26-cv-00317
**GAVIN McINNES and**
**DAVID J. REILLY,**
            Defendants.

# EXHIBIT D

## SCREENSHOT — EMAIL SERVICE REQUEST # 3

Request to be Served All Documents

**Jason Kessler** <jasonerickessler@gmail.com>                    Thu, May 7, 7:17 PM (5 hours ago)
to ecf, dta, tor

I see that a lot of documents have been filed on the docket without serving me at this email address, per my request. I need the Statement of Visiting Attorney and all other documents filed in state and federal court in this case.

Jason Kessler

*Figure 4: 3rd email request (May 7) "I see that a lot of documents have been filed on the docket without serving me at my email address, per my request. I need the Statement of Visiting Attorney and all other documents filed in state and federal court in this case."*

/s/ Jason Kessler
Jason Kessler, Plaintiff, Pro Se

Date: 5/19/26