# EXHIBIT A

*Email from Jason Kessler to counsel for Defendant McInnes, dated May 19, 2026*

 **Gmail**                                              **Jason Kessler <jasonerickessler@gmail.com>**

## Address correction

**Jason Kessler** <jasonerickessler@gmail.com>                            Tue, May 19, 2026 at 2:39 PM
To: dtaylor@taymaklaw.com, ecf@randazza.com

I am once again renewing my request to be served through this email address. But regarding your return service on the docket, please make sure you have the correct address. You were off by a digit.

1356 5th Ave Apt 13 Huntington WV 25701