

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

JASON KESSLER,
          Plaintiff,

v.

GAVIN MCINNES and
DAVID J. REILLY,
          Defendants.

Case No. 3:26-cv-00317

**PLAINTIFF'S NOTICE OF CORRECT MAILING ADDRESS**

Plaintiff Jason Kessler, appearing *pro se*, respectfully submits this Notice to confirm for the Court and for all parties the correct mailing address at which Plaintiff is to receive service and notice in this action.

Plaintiff's correct mailing address of record is:

**1356 5th Avenue, Apt. 13, Huntington, West Virginia 25701**

To the extent any prior filing, docket entry, or certificate of service in this action reflects a different address — including, in particular, "1365 5th Avenue, Apt. 13, Huntington, West Virginia 25701" — that address is incorrect. Plaintiff does not receive mail at that address.

Plaintiff respectfully requests that the Clerk of Court update the docket to reflect Plaintiff's correct mailing address as set forth above, and that all parties direct any service by United States Mail to that address. Plaintiff's telephone number (571-460-0412) and email address (jasonerickessler@gmail.com) remain unchanged.

Respectfully submitted,

/s/ Jason Kessler
Jason Kessler, *Pro Se*
1356 5th Avenue, Apt. 13
Huntington, WV 25701
Telephone: 571-460-0412
Email: jasonerickessler@gmail.com

Dated: May 20, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I caused a true and correct copy of the foregoing Plaintiff's Notice of Correct Mailing Address to be served upon the following by the methods indicated:

**Daniel P. Taylor, Esq.**
Taylor & Makricostas, PLLC
320 Penco Road, P.O. Box 2827
Weirton, WV 26062
*By electronic mail to dtaylor@taymaklaw.com and by United States Mail*

**Marc J. Randazza, Esq.**
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01930
*By electronic mail to ecf@randazza.com*

**David J. Reilly**
3710 N Carolwood Ct
Post Falls, ID 83854
*By United States Mail*

/s/ Jason Kessler
Jason Kessler, *Pro Se*

Dated: May 20, 2026