FILED
AUG 24 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JASON KESSLER,
Plaintiff,

v. Case No. 3:26-cv-00317

GAVIN MCINNES and
DAVID J. REILLY,
Defendants.

**PLAINTIFF'S NOTICE OF SUBSEQUENT DEVELOPMENT RELEVANT TO PENDING MOTION TO STRIKE OR DISREGARD EXHIBITS 5 AND 6 AND PORTIONS OF DECLARATION OF MARC J. RANDAZZA**

Plaintiff Jason Kessler, appearing *pro se*, respectfully submits this Notice to bring to the Court's attention a factual development that occurred after the close of briefing on Plaintiff's Motion to Strike or Disregard Exhibits 5 and 6 and Portions of the Declaration of Marc J. Randazza (ECF No. 19), which is fully briefed and pending before this Court.

On August 5, 2026, Albemarle County Commonwealth's Attorney James Hingeley — the author of the affidavit attached to Defendants' Opposition to Plaintiff's Motion to Remand as Exhibit 6 (ECF No. 18-6) — filed a signed *Commonwealth's Response to Petition for Expungement* in *In re Jason Eric Kessler*, Case No. CL26-1455 (Cir. Ct. Albemarle Cnty., Va.), a pro se expungement proceeding initiated by Plaintiff. The Response identifies the petition as seeking to expunge "the felony charge of perjury, offense date of January 23, 2017 in violation of Virginia Code §18.2-434 (Albemarle Circuit Court No.: CR17000673-00)," and states, on behalf of the Commonwealth of Virginia and signed by Mr. Hingeley in his capacity as Commonwealth's Attorney: "The Commonwealth has no objection." A true and correct copy of the signed Response is attached hereto as Exhibit A.

The perjury indictment identified in Mr. Hingeley's Response is the same "indictment for perjury that was dismissed" discussed in the Hingeley Affidavit at ECF No. 18-6 — the affidavit that is the subject of Plaintiff's pending Motion to Strike. Mr. Hingeley's present, signed representation to the Circuit Court of Albemarle County that the Commonwealth has no objection to expunging that indictment bears on the weight properly given to the Hingeley Affidavit, and in particular on

the continuing evidentiary value of the affidavit's references to the perjury indictment — including the affidavit's opinion that Plaintiff "makes false statements under oath," for which the perjury indictment is a principal factual anchor.

Plaintiff submits this Notice for the Court's information in resolving the pending Motion to Strike or Disregard Exhibits 5 and 6 and Portions of the Declaration of Marc J. Randazza (ECF No. 19). No further briefing is proposed.

Respectfully submitted,

/s/ Jason Kessler
Jason Kessler, *Pro Se*
1356 5th Avenue, Apt. 13
Huntington, WV 25701
Telephone: 571-460-0412
Email: jasonerickessler@gmail.com

Dated: August 24, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I caused a true and correct copy of the foregoing Plaintiff's Notice of Subsequent Development Relevant to Pending Motion to Strike or Disregard Exhibits 5 and 6 and Portions of the Declaration of Marc J. Randazza, including Exhibit A thereto, to be served upon the following by the methods indicated:

**Daniel P. Taylor, Esq.**
Taylor & Makricostas, PLLC
320 Penco Road, P.O. Box 2827
Weirton, WV 26062
*By electronic mail to dtaylor@taymaklaw.com and by United States Mail*

**Marc J. Randazza, Esq.**
Randazza Legal Group, PLLC
30 Western Avenue
Gloucester, MA 01930
*By electronic mail to ecf@randazza.com*

**David J. Reilly**

3710 N Carolwood Ct
Post Falls, ID 83854
*By United States Mail*

/s/ Jason Kessler
Jason Kessler, *Pro Se*

Dated: August 24, 2026